# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JOHNNY HOYT (#479082)**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**

**CIVIL ACTION**

**NO. 20-865-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 17, 2025 (Doc. 66), to which no objection was filed,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 56) filed by Defendants Tammy Hendrickson and Michael Jack, is **GRANTED.** The Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 22, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**